**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KEISHA SMITH, | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO.: _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| TARGET CORPORATION, D/B/A | ) | (Removed from the State Court of |
| TARGET, a Minnesota Profit | ) | Gwinnett County, State of Georgia, |
| Company, | ) | CAFN: 22-C-02612-S3) |
| ABC Corporation, John Doe, a person, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COMES NOW, Target Corporation, d/b/a Target, a Minnesota Profit Company, (hereinafter "Target"), the Defendant in the above-styled action, and files this Notice of Removal.  Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, the Defendant seeks to remove this action from the State Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Removal is based on diversity jurisdiction pursuant to 28 U.S.C. § 1332 because Plaintiff Keisha Smith ("Plaintiff") and Target have complete diversity of citizenship and the amount in controversy exceeds $75,000.00. In support of this

Notice, Target states as follows:

## I.    BACKGROUND

1.    This case was originally filed by Plaintiff in the State Court of Gwinnett County, Georgia on May 10, 2022 ("Complaint").  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Target are attached hereto as "Exhibit A."

2.    Target received a copy of the Summons and Complaint via its registered agent, Corporation Service Company located at 8825 N. 23rd Street, Suite 100, Phoenix, Arizona, 85021 on February 23, 2022. See Notice of Service of Process attached hereto as "Exhibit B." Target does not waive any available defenses in this case when filing this this Notice of Removal.  Furthermore, the Notice of Removal was timely filed within thirty days of receipt of the Complaint.

3.    The Plaintiff brings this cause of action for a purported negligence claim related to an alleged slip and fall occurring at a Target store located in Fayetteville, Georgia on June 23, 2020.  Plaintiff alleges that Target and its employees, in addition to ABC Corporation and John Doe, caused or contributed to Plaintiff slipping on the floor and falling to the ground, ultimately causing injury. See Complaint, ¶¶ 11-12. She claims as a result of

her fall to have "suffered serious person injury, including, but not limited to, medical expenses, past and present, as well as, physical and mental pain and suffering and lost wages." <u>See</u> Complaint, ¶ 56.

## II.     THIS NOTICE OF REMOVAL IS TIMELY FILED IN THE PROPER VENUE

4.     This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of causes.

5.     The removal of this action to this Court is timely under U.S.C. § 1446(b) because it is filed within thirty days of receipt of the Complaint by Target. <u>See</u> 28 U.S.C. § 1446(b)(2)(B).

6.     The United States District Court for the Northern District of Georgia, Atlanta Division, is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed and is pending.

## III.     THIS COURT HAS DIVERSITY JURISDICTION

## A.     <u>Complete Diversity of Citizenship</u>

7.     This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because Plaintiff and Defendant have complete diversity of citizenship, and the amount in controversy exceeds $75,000.00, exclusive of interests and costs. <u>See</u> 28 U.S.C. § 1332(a).

8.   Plaintiff, Keisha Smith, is an individual who, upon information and belief, resides in and is domiciled in Georgia.  For purposes of determining diversity jurisdiction, Plaintiff is therefore, a citizen of Georgia. 28 U.S.C. § 1332(c)(2).

9.   Defendant Target is a domestic for Profit (Business) Corporation incorporated and domiciled in the State of Minnesota.  <u>See</u> Minnesota Business Filing Details, attached hereto as "Exhibit C."  Target's Statutory Agent is CT Corporation System located at 1010 Dale Street N., St. Paul, Minnesota 55117-5603.  For purposes of determining diversity jurisdiction, Target is therefore, a citizen of Minnesota. 28 U.S.C. § 1332(c)(2).

10.  Therefore, complete diversity of citizenship exists between Plaintiff and Target.

**B.   <u>Amount in Controversy</u>**

11.  It is clear that the amount in controversy exceeds $75,000.00. <u>See</u> Complaint, *generally*. Plaintiff alleges in her complaint current special damages of $11,015.97. <u>See</u> <u>Id.</u>, ¶ 53. Plaintiff also alleges unknown lost wages and future medical expenses. <u>See</u> <u>Id.</u>, ¶ 53-54. Further Plaintiff alleges a permanent disability. <u>See</u> <u>Id.</u>, ¶ 55. Lastly, the Plaintiff submitted pre-suit correspondence to Target demanding that Target pay Plaintiff $80,000 as a result of her alleged

injuries from this incident. <u>See</u> Pre-suit demand attached hereto as "Exhibit D."

12.     Although Target denies that Plaintiff is entitled to recover any amount and specifically denies that Plaintiff is entitled to relief in the various forms sought, the Plaintiff's pre-suit demand places in controversy more than $75,000.00, exclusive of interest and costs. <u>See</u> Exhibit D, *generally*.

13.     In sum, this Court has diversity jurisdiction in this action because (i) there is complete diversity of citizenship between Plaintiff and Target, and (ii) an amount in excess of the $75,000.00 jurisdictional threshold is at issue.

## IV.   NOTICE OF REMOVAL TO THE STATE COURT OF GWINNETT COUNTY, GEORGIA.

14.     Concurrently with this Notice, Target will file a copy of this Notice with the State Court of Gwinnett County, Georgia, where this action is currently pending, and will provide Plaintiff with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

15.     All fees required by law in connection with this Notice of Removal have been paid by Defendant Target.

16.     All the other requirements for removal and for federal court jurisdiction have been satisfied.

17.   By filing this Notice of Removal and the associated attachments, Defendant

Target does not waive any objections they may have as to service, jurisdiction,

or venue, or any other claims, defenses, or objections that are or may be

available to them in this action. Furthermore, Defendant Target intends no

admission of fact, law, or liability by this Notice, and they expressly reserve

all defenses, motions, and/or pleas.

## V.   CONCLUSION

WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant

Target hereby removes this action from the State Court of Gwinnett County,

Georgia, to the United States District Court for the Northern District of Georgia,

Atlanta Division.

This 13th day of June, 2022.

Respectfully submitted,

HUFF, POWELL & BAILEY, LLC

/s/ Brian K. Mathis
BRIAN K. MATHIS
Georgia Bar No. 477026

/s/ Christopher A. Brookhart
CHRISTOPHER A. BROOKHART
Georgia Bar No.: 654466

*Counsel for Defendant Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com
cbrookhart@huffpowellbailey.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

HUFF, POWELL & BAILEY, LLC

*/s/ Brian K. Mathis*
BRIAN K. MATHIS
Georgia Bar No. 477026

*/s/ Christopher A. Brookhart*
CHRISTOPHER A. BROOKHART
Georgia Bar No.: 654466

*Counsel for Defendant Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com
cbrookhart@huffpowellbailey.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing NOTICE OF REMOVAL upon all parties or their counsel of record via CM/ECF's Electronic Case Filing System and by Statutory Electronic Service, addressed as follows to assure delivery to:

Michael J. Ivan
IVAN LAW FIRM, P.C.
P.O. Box 682765
Marietta, GA 30068
mivanlaw@yahoo.com

This 13th day of June, 2022.

HUFF, POWELL & BAILEY, LLC

*/s/ Brian K. Mathis*
BRIAN K. MATHIS
Georgia Bar No. 477026

*/s/ Christopher A. Brookhart*
CHRISTOPHER A. BROOKHART
Georgia Bar No.: 654466

*Counsel for Defendant Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com
cbrookhart@huffpowellbailey.com