IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEISHA SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, D/B/A TARGET, a Minnesota Profit Company, ABC Corporation, John Doe, a person,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.: _____ |

**DEFENDANT TARGET CORPORATION'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE-PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, defendant Target Corporation ("Target") files its certificate of interested persons and corporate disclosure statement as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    **a. Plaintiff Keisha Smith; and**

**b. Defendant Target Corporation.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**a. Michal J. Ivan; and**

**b. Ivan Law Firm, P.C.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**a. Michael J. Ivan (Ivan Law Firm, P.C.) for Plaintiff Keisha Smith; and**

**b. Brian K. Mathis and Christopher A. Brookhart (Huff, Powell & Bailey, LLC) for Defendant Target Corporation.**

This 13th day of June, 2022.

HUFF, POWELL & BAILEY, LLC

/s/ *Brian K. Mathis*
BRIAN K. MATHIS
Georgia Bar No. 477026

/s/ *Christopher A. Brookhart*
CHRISTOPHER A. BROOKHART
Georgia Bar No.: 654466

*Counsel for Defendant*
*Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com
cbrookhart@huffpowellbailey.com

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

                           HUFF, POWELL & BAILEY, LLC

                           */s/ Brian K. Mathis*
                           BRIAN K. MATHIS
                           Georgia Bar No. 477026

                           */s/ Christopher A. Brookhart*
                           CHRISTOPHER A. BROOKHART
                           Georgia Bar No.: 654466

                           *Counsel for Defendant*
                           *Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com
cbrookhart@huffpowellbailey.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing DEFENDANT TARGET CORPORATION'S RULE 7.1 CORPORATE-PARTY DISCLOSURE STATEMENT upon all parties or their counsel of record via CM/ECF's Electronic Case Filing System and by Statutory Electronic Service, addressed as follows to assure delivery to:

Michael J. Ivan
IVAN LAW FIRM, P.C.
P.O. Box 682765
Marietta, GA 30068
mivanlaw@yahoo.com

This 13th day of June, 2022.

>HUFF, POWELL & BAILEY, LLC
>
>*/s/ Brian K. Mathis*
>BRIAN K. MATHIS
>Georgia Bar No. 477026
>
>*/s/ Christopher A. Brookhart*
>CHRISTOPHER A. BROOKHART
>Georgia Bar No.: 654466
>
>*Counsel for Defendant*
>*Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com
cbrookhart@huffpowellbailey.com